UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLAN D. SCHOPPER,

      Petitioner,

File no: 2:07-CV-165

v.

HON. ROBERT HOLMES BELL

STATE OF MICHIGAN, et al.,

      Respondents.
                            /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that Petitioner's habeas corpus petition is hereby **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

Dated: September 12, 2007          /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE